Opinion issued March 3, 2011.

 


 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 

 


 

 

 

 

In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-10-00918-CV

———————————

TEXAS
WINDSTORM INSURANCE ASSOCIATION, Appellant

V.

JOE VARDELL AND JACQUELYN VARDELL,
Appellees



 



 

On Appeal from the 122nd District Court 

Galveston County, Texas



Trial Court Cause No. 09-CV-2012

 



MEMORANDUM OPINION

Appellant has filed an unopposed motion to dismiss
the appeal.  No opinion has issued.  Accordingly, we grant the motion and dismiss
the appeal.  See Tex. R. App. P. 42.1(a)(1).

We dismiss all other pending motions as moot.  We direct the Clerk to issue the mandate
within 10 days of the date of this opinion. 
See Tex. R. App. P. 18.1.

PER CURIAM

Panel
consists of Justices Keyes, Sharp, and Massengale.